**Fill in this information to identify the case:**

Debtor 1 __John Bielak__

Debtor 2 __Donna Bielak__
(Spouse, if filing)

United States Bankruptcy Court for the: __Northern__ District of __Illinois__
(State)

Case number __12-08859__

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of creditor:** __Bank of America, N.A.__

**Court claim no.** (if known): __10.1__

**Last 4 digits** of any number you use to identify the debtor's account: __8__ __2__ __9__ __0__

**Property address:** __14738 Margust Lane__
Number     Street

__Homer Glen__     __IL__     __60491__
City                State     ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is: $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: __05__ / __01__ / __2017__
MM / DD / YYYY

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:       (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:    + (b) $ _____

c. **Total**. Add lines a and b.       (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____
MM / DD / YYYY

Debtor 1  __John Bielak_____   Case number *(if known)* 12-08859_____
          First Name    Middle Name    Last Name

| Part 4: | **Itemized Payment History** |

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

| Part 5: | **Sign Here** |

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ __Roderick Fleming_____   Date __03_/_29_/_2017_
   Signature

Print   __Rodertick Fleming_____   Title __Attorney_____
        First Name    Middle Name    Last Name

Company   __Marinosci Law Group_____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address   __134 N LaSalle St., Ste 1900_____
          Number       Street

          __Chicago_____  __IL__  __60602____
          City                             State   ZIP Code

Contact phone  (_312_) _940_- _8588___        Email __rfleming@mlg-defaultlaw.com

# UNITED STATES BANKRUPTCY COURT

**Certificate of Service**

I hereby certify that a copy of the foregoing Statement in Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the Court on this Date:

Date:   03/29/2017

Chapter  13 Trustee:  Glenn B Stearns

Trustee Address:  801 Warrenville Road, Suite 650, Lisle, IL 60532

Trustee Email:

Debtor's Counsel Name:  Thomas W Toolis

Debtor's Counsel Address:  Jahnke, Sullivan & Toolis, LLC, 10075 West Lincoln Highway, Frankfort, IL 60423

Debtor's Counsel Email:  twt@jtlawllc.com

Debtor 1 Name:  John Bielak

Debtor 2 Name  Donna Bielak

Debtor's Mailing Address:  14738 Margust Lane, Homer Glen, IL 60491

Debtor Email:

_/s/  Roderick Fleming_